LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA ABTAHI,<br><br>                Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY,<br><br>                Defendants. | CASE NO. C 06 1618 SI<br><br>Before the Honorable SUSAN ILLSTON<br><br>**[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date: June 30, 2006<br>Conference Time: 2:00 PM<br>Location: Courtroom 10, 19TH Floor<br>                SAN FRANCISCO |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the June 30, 2006 Case Management Conference ("CMC") to _10/27/06_____,

at _2 p.m.____. In the event the case is not transferred to the Honorable Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: _____

Honorable SUSAN ILLSTON
United States District Court Judge

[PROPOSED] ORDER